1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9   Khalafala Moham Khalafala,            )    No. CV-10-986-PHX-ROS
                                          )
10              Plaintiff,                )    **ORDER**
                                          )
11  vs.                                   )
                                          )
12                                        )
    Unknown Parties, et al.,              )
13                                        )
                Defendants.               )
14                                        )
                                          )
15  _____ )

16

17        On August 24, 2011, Magistrate Judge Jay R. Irwin issued a Report and

18  Recommendation ("R&R"). (Doc. 60). Magistrate Judge Irwin recommended Defendant

19  Unknown ICE Official be dismissed without prejudice. (Doc. 60 at 6). No party filed an

20  objection.

21        Accordingly,

22        **IT IS ORDERED** the Report and Recommendation (Doc. 60) is **ADOPTED**.

23  Defendant Unknown ICE Official is **DISMISSED WITHOUT PREJUDICE**.

24        Dated this 3rd day of October, 2011.

25

26

27  _____
                            Roslyn O. Silver
28                  Chief United States District Judge